UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES S. CARNEY, JR.,<br><br>          Defendant. | No. CV-06-0227-MWL<br><br>JUDGMENT UPON<br>ORDER OF DEFAULT |

   BEFORE THE COURT is Plaintiff's Motion for Judgment upon Order of Default. (Ct. Rec. 9). Assistant United States Attorney Rolf H. Tangvald represents Plaintiff. Defendant James S. Carney, Jr., failed to respond or otherwise contact the Court.

   On May 23, 2006, the United States filed a complaint against Defendant based upon his failure to repay education assistance loans guaranteed by the Higher Education Assistance Foundation and then reinsured by the Department of Education under loan guaranty programs. (Ct. Rec. 1-1). On May 27, 2006, Defendant executed a Waiver of Service of Judicial Process which was filed with the Court on June 23, 2006. (Ct. Rec. 4-2). On August 7, 2006, Plaintiff moved for entry of default against Defendant who had not responded to the complaint (Ct. Rec. 4-1); that motion was granted on August 25, 2006 (Ct. Rec. 8).

JUDGMENT UPON ORDER OF DEFAULT - 1

Pursuant to promissory notes executed on or about May 17, 1986, February 9, 1987, October 29, 1987 and March 3, 1988, Defendant owes Plaintiff the respective principal amounts of $2,500.00, $2,625.00, $2,100.00 and $500.00, plus interest accruing at a rate of 8.00% per annum.  Defendant is indebted to Plaintiff in the principal amount of $7,198.89, plus interest on the principal as of January 26, 2006, computed at the rate of 8.00% per annum in the amount of $6,945.44, for a total owing of $14,144.33 as of January 26, 2006, plus interest thereafter on the principal at the rate of 8.00% per annum to the date of judgment, plus a $350.00 filing fee, a $20.00 docket fee, U.S. Marshals Service fees, and post-judgment interest at the legal rate until paid in full.  The amount does not exceed the amount prayed for in the complaint.  Having complied with the requirements of Fed. R. Civ. P. 55 and LR 55.1, Local Rules for the Eastern District of Washington, **JUDGMENT IS RENDERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT FOR THE AMOUNTS DESCRIBED ABOVE.**  Plaintiff's motion for default judgment as to James S. Carney, Jr. (**Ct. Rec. 9**) is **GRANTED.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff and to counsel.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED.**

DATED this   10th   day of October, 2006.

                                                  S/ Michael W. Leavitt
                                                    MICHAEL W. LEAVITT
                                            UNITED STATE MAGISTRATE JUDGE

JUDGMENT UPON ORDER OF DEFAULT - 2